UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| S.A. TINNIN-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cv-00944-RLY-DML |
| | ) | |
| INDIANAPOLIS PUBLIC SCHOOLS, DR. EUGENE WHITE, former superintendent, DR. LEWIS D. FEREBEE, superintendent, KRIS WALKER-GUESS principal, and HUMAN RESOURCES DEPARTMENT, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Pursuant to the court's ruling issued this day, the court now enters final judgment in favor of Indianapolis Public Schools, Dr. Eugene White, Dr. Lewis D. Ferebee, Kris Walker-Guess, and Human Resources Department, Defendants, and against S.A. Tinnin-Bey, Plaintiff.

**SO ORDERED** this 21st day of October 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record

By U.S. Mail:
S.A. Tinnin-Bey
2512 Burton Avenue
Indianapolis, IN  46208